SENTINEL COMPANY, Appellant, vs. CITY OF MILWAUKEE, Respondent.

*February 5—March 5, 1929.*

For the appellant there was a brief by *Lines, Spooner & Quarles,* attorneys, and *Maxwell H. Herriott,* of counsel, all of Milwaukee, and oral argument by *Mr. Herriott.*

STEVENS, J.  This case is ruled by *Nash Sales, Inc. v. Milwaukee, ante,* p. 281, 224 N. W. 126, decided herewith. The order is therefore affirmed and the cause remanded for further proceedings.

*By the Court.*—So ordered.